05-15-00015-CV
Bridgette Vation

FILED
DALLAS COUNTY
1/7/2015 2:02:08 PM
FELICIA PITRE
DISTRICT CLERK

## NO. DC-14-11551

| | | |
|---|---|---|
| JAMES DAVID HORTON, | § | IN THE DISTRICT COURT |
| ROBBIE LESA HORTON, | § | |
| **Plaintiffs** | § | |
| Vs. | § | DALLAS COUNTY, TEXAS |
| SUSAN MCMILLION MARTIN, | § | |
| SHANNON PRITCHARD, | § | 44th JUDICIAL DISTRICT |
| BROOKE DAVES, | § | |
| KIMBERLY STOVALL | § | |
| **Defendants** | § | |

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
18/2015 12:55:17 PM
LISA MATZ
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

**NOTICE OF ACCELERATED APPEAL**

JAMES DAVID HORTON AND ROBBIE LESA HORTON, PLAINTIFFS, gives notice of their intent to appeal the trial court's order rendered on DECEMBER 29, 2014 by accelerated appeal. This accelerated appeal is taken to the Fifth Court of Appeals, in Dallas Texas. This appeal pertains to an ORDER GRANTING SUSAN MARTIN'S ANTI-SLAPP MOTION in the 44th Judicial District Court, Cause no. **DC-14-11551.**

Respectfully submitted,

Lawrence L. Mealer
SBN 13886600
5353 Maple Avenue, Suite 100
Dallas, TX 75235
TEL: (214) 634-0771
FAX: (214) 634-0465
Email: llmealer@sbcglobal.net
**ATTORNEY FOR**
**JAMES DAVID HORTON**

Pro se
Robbie Lesa Horton
Phone No 469 740-9603
Fax No. 214 396-1178
Email: lesaelmadronal@gmail.com

1

1.

## CERTIFICATE OF SERVICE

This will certify that on the _7th_ day of _January_, 2015 a true copy of the above and foregoing was served on opposing counsel's follows:

_[signature]_

Tom Clark
Dealey, Zimmermann, Clark, Malouf & Blend, P.C.
3131 Turtle Creek Blvd., Ste. 1201
Dallas, Texas 75219
(214) 559-4400
Fax (214) 559-4466
tclark@texlex.com
mz@texlex.com

and

Todd S. Spickard
 Law P.C.
3131 Turtle Creek, Suite 300
Dallas, Texas 75219
(214) 460-2337
(214) 276-7553 fax
todd@spickardlaw.com

Counsel for Defendant Kimberly Stovall

Campbell & Chadwick, P.C.
Bruce Campbell (Lead Counsel)
Lindsay McNutt
4201 Spring Valley Rd., Suite 1250
Dallas, Texas 75244
(972) 277-8585
Fax (972) 277-8586
bcampbell@cllegal.com
 lmcnutt@cllegal.com

Attorney for Susan Martin

Caleb Moore
Law Firm of Caleb Moore, PLLC

2

2205 Martin Drive, Suite 200
Bedford, Texas 76021
(817) 953-2420
Fax (817) 581-2540
cmoore@thedfwlawfirm.com

Counsel for Defendant Shannon Pritchard

William D. Cobb, Jr.
Cobb Martinez Woodward PLLC
1700 Pacific Ave., Suite 3100
Dallas, Texas 75201
(214) 220-5201
Fax (214) 220-5251
wcobb@cobbmartinez.com

Counsel for Defendant Brooke Daves